IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEVIE C. JORDAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-3270-L** |
| | § | |
| **SOCIAL SECURITY** | § | |
| **ADMINISTRATION, SSI, HHSC, DHA,** | § | |
| **and HUD,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

This *pro se* action was referred to Magistrate Judge Renee Harris Toliver, who entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on December 6, 2016, recommending that the court dismiss the action. The Report determined that Plaintiff's complaint alleged substantially the same facts, events, and defendants as Plaintiff's previous lawsuits in Case No. 3:15-CV-1086-B-BH. Accordingly, the Report concluded that this action is duplicative and should be dismissed as malicious and frivolous. No objections have been filed to the report; however, on December 8, 2016, Plaintiff filed Plaintiff, "Qui Tam" Original Complaint's for Monetary Relief Request for Disclosure Only, Affidavit, Exhibits, Certificate of Service, Amendment List (Doc. 8) . The court construes this motion as a motion to amend Plaintiff's complaint and **grants** the motion to amend. Although the amended complaint, is much longer than the one-line original complaint, the amended complaint continues to allege claims that are duplicative of those asserted by Plaintiff in his prior lawsuit.

**Order – Page 1**

Having reviewed the amended complaint, file, Report, and record in this case, the court determines that even with the amended complaint the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court **dismisses** this action **with prejudice**.

**It is so ordered** this 29th day of December, 2016.

Sam A. Lindsay
United States District Judge